UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | CASE No. 1:17-cv-01013-MJS (PC)<br><br>**FINDINGS AND RECOMMENDATIONS THAT THIS ACTION PROCEED ONLY ON COGNIZABLE EIGHTH AMENDMENT CLAIMS AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED**<br><br>(ECF No. 1) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On October 31, 2017, the Court screened Plaintiff's complaint and found that it states cognizable the following claims for damages against Defendants Gregory and Duran in their individual capacities: against Defendants Gregory and Duran for excessive force, against Defendants Gregory and Duran for deliberate indifference to medical needs, and against Defendant Duran for a failure to protect. (ECF No. 7.) The remaining claims were not cognizable as pled. Plaintiff was ordered to file an amended complaint or notify the Court in writing if he wished to proceed only on the cognizable claims. (Id.)

Plaintiff responded that he does not intend to amend and instead wishes to proceed with the cognizable claims. (ECF No. 8.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only on the cognizable Eighth Amendment claims for damages against Defendants Gregory and Duran in their individual capacities; and
2. All other claims and defendants be dismissed from this action for failure to state a claim.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with the findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: December 1, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE